**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACTIFIO, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>DELPHIX CORP.<br><br>     Defendant. | C.A. No. 1:14-cv-13247-DJC |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents listed below have been manually filed with the Court under seal pursuant to Actifio, Inc.'s ("Actifio") Assented-To Motion to Impound Confidential Information in Connection With Plaintiff's Infringement Contentions (Dkt. No. 71) and are available in paper form only:

1. Actifio's Disclosure of Asserted Claims
2. EXHIBIT 1 – Preliminary Infringement Chart 1
3. EXHIBIT 2 – Preliminary Infringement Chart 2
4. EXHIBIT 3 – Preliminary Infringement Chart 3

Dated: May 1, 2015                                  Respectfully submitted,

                                             /s/ Steven J. Pacini
                                             Steven J. Pacini
                                             **COUNSEL FOR PLAINTIFF ACTIFIO, INC.**

Steven J. Pacini #676132
LATHAM & WATKINS LLP
John Hancock Tower, 20th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
Email: steven.pacini@lw.com

Maximilian A. Grant (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: max.grant@lw.com

S. Giri Pathmanaban (*pro hac vice*)
Yasamin Parsafar (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: giri.pathmanaban@lw.com
Email: yasamin.parsafar@lw.com

Attorneys for Plaintiff
ACTIFIO, INC.

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 1, 2015.

| | |
|---|---|
| Dated: May 1, 2015 | Respectfully submitted, |
| | /s/ Steven J. Pacini |
| | Steven J. Pacini |